## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush          Date: October 11, 2006
Court Reporter:  Paul Zuckerman

Civil Action No. 06-cv-01341-MSK

| *Parties*: | *Counsel*: |
|---|---|
| CHARLES RAYMOND POPE, | Heather Hodgson |
| Plaintiff, | |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Gillian Dale<br>Kevin O'Brien |
| Defendant. | |

## COURTROOM MINUTES

Rule 16 Scheduling Conference

**4:37 p.m.**    Court in session.

Discussion regarding the case schedule and ERISA issue.

**ORDER:**    The oral motion to amend the Complaint is granted.  The Amended Complaint shall be filed by October 23, 2006.

**ORDER:**    The administrative record shall be submitted by November 3, 2006.

**ORDER:**    By November 3, 2006, the parties shall submit their positions with regard to the standard of review.

**ORDER:**    Simultaneous briefs are due on December 22, 2006.  Responsive briefs are due on January 22, 2007.

**ORDER:**    Defendant's Motion to Dismiss (Doc. 2) is denied as moot.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

At the request of counsel, this case will be referred to Magistrate Judge Boland for a settlement conference.

**4:53 p.m.**     Court in recess.

Total Time: 00:16
Conference concluded.