IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01341-MSK-BNB

CHARLES RAYMOND POPE,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

---

### ORDER RESETTING ORAL ARGUMENT

---

THIS MATTER comes before the Court *sua sponte*. Due to a scheduling conflict,

**IT IS ORDERED** that Oral Argument currently set for **June 1, 2007 is VACATED** and reset to **June 13, 2007 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado

Dated this 9th day of April, 2007

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge