IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01341-MSK-BNB

CHARLES RAYMOND POPE,

       Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

       Defendant.

---

## ORDER WITHDRAWING REFERENCE OF MOTION

---

       **IT IS ORDERED** that the reference to the Magistrate Judge of the Defendant's Motion

for Protective Order and Request for Attorney Fees **(#29)** is **WITHDRAWN**.

       Dated this 11th day of June, 2007

                   **BY THE COURT:**

                   _Marcia S. Krieger_

                   Marcia S. Krieger
                   United States District Judge