## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date: June 13, 2007
Court Reporter:    Paul Zuckerman

Civil Action No. 06-cv-01341-MSK-BNB

*Parties*:                                  *Counsel Appearing:*

CHARLES RAYMOND POPE,                       Heather S. Hodgson
                                            Dennis Polk
      Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,    Kristin Mack
                                            Kevin O'Brien
      Defendant.

## COURTROOM MINUTES

HEARING:   Oral Argument

**8:34 a.m.   Court in session.**

Argument by defendant's counsel Kevin O'Brien.

Argument by plaintiff's counsel Dennis Polk.

Rebuttal argument by defendant's counsel Kevin O'Brien.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**   Defendant's Motion to Dismiss Second Claim for Relief from the Amended Complaint **(Doc. #21)** is **GRANTED** in part and **DENIED** in part. Claim 2 is wholly subsumed within Claim 1.

**ORDER:**   Defendant's Motion for Protective Order and Request for Attorney's Fees **(Doc. #29)** is **GRANTED,** but **DENIED** as to attorney's fees.

**ORDER:**   the Court cannot conclude that the termination of benefits was arbitrary and capricious. Rather the termination of benefits was not accompanied by an adequate explanation. Pursuant to the Tenth Circuit's decision in Caldwell the Court is compelled to remand the matter to the defendant for further findings.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Defendant's Motion for Judgment on the Administrative Record **(Doc. #31)** is **GRANTED** in part and **DENIED** in part. Upon review of the administrative record, the Court concludes that the explanation given by CIGNA for termination of plaintiff's long-term disability benefits was deficient, inadequate; and therefore the Court remands the case for further review by the defendant. A judgment of remand will be issued and the clerk will be directed to close the case.

**9:22 a.m.    Court in recess.**
**Total Time:   48 minutes.**
**Hearing concluded.**