IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01341-MSK-BNB

CHARLES RAYMOND POPE,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

## FINAL JUDGMENT AND ORDER OF REMAND

**PURSUANT TO** the Court's oral ruling issued on June 13, 2007,

**IT IS ADJUDGED AND ORDERED THAT** this matter is remanded the Defendant for further findings consistent with the oral ruling. The Clerk of Court is directed to close this case.

Dated this 13th day of June, 2007

                                          **BY THE COURT:**

                                          */s/ Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge